IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CITIGROUP GLOBAL MARKETS, INC., f/k/a SALOMON SMITH BARNEY, INC., Movant, | § § § § | CIVIL ACTION NO. H-05-3849 |
| Vs. | § § | |
| DEBRA M. BACON, Respondent. | § § § | |

### DEBRA M. BACON'S NOTICE OF APPEAL

Notice is hereby given that DEBRA BACON, Respondent in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Final Order entered by U.S. District Judge Lynn N. Hughes on June 14, 2013 which vacated the arbitration award entered by the NASD on October 13, 2005.

Respectfully submitted,

/s/ Braden W. Sparks
Braden W. Sparks
State Bar No. 18874500
8333 Douglas Avenue, Ste. 1000
Dallas, TX 75225
214.750.3372
214.696.5971 Facsimile
brady@sparkslaw.com

ATTORNEYS FOR DEBRA M. BACON

## CERTIFICATE OF SERVICE

      I hereby certify that on the 12th day of July, 2013, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Andrew Harvin, Esq.
600 Travis Street, Suite 4700
Houston, TX 77002
aharvin@drhrlaw.com
Attorney for Movant

      I hereby certify that on the 12th day of July, 2013, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. I further certify that on the same day, I served the undersigned with a copy of the document electronically filed as indicated below.

Mr. Randall Bacon
1400 McKinney, # 901
Houston, TX 77010                       Via randallbacon@yahoo.com

                                            /s/ Braden W. Sparks
                                            Braden W. Sparks, Esq.